IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEQUITA R. WHITFIELD, *on behalf of herself and all others similarly situated*, | * |
| | * |
| Plaintiff, | Case No. 5:24-cv-153 (TES) |
| v. | * |
| SELENE FINANCE, LP, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 2nd day of December 2024.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk